UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ELLIS JAMES PHILLIPS, | Civil No. 3:23-CV-00780-CL |
| Plaintiff, | |
| vs. | |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION | JUDGMENT |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand.

JUDGMENT is entered for Plaintiff, and this case is closed.

DATE: 1 / 25 / 24

MARK D. CLARKE
United States Magistrate Judge